**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ALI ASGAR H. ALIBHAI, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-02038-K |
| | § | |
| UNIVERSITY OF TEXAS AT DALLAS; | § | |
| RICHARD BENSON, *in his Individual and* | § | |
| *Official Capacities*; NILS ROEMER, *in his* | § | |
| *Individual and Official Capacities*; INGA | § | |
| MUSSELMAN, *in her Individual and Official* | § | |
| *Capacities*; OFFICER RAMOS, | § | |
| UNIVERSITY OF TEXAS AT DALLAS | § | |
| POLICE DEPARTMENT, *in his Individual* | § | |
| *and Official Capacities*; LAW | § | |
| ENFORCEMENT OFFICERS JOHN DOES | § | |
| 1-5, *whose identities are currently unknown , in* | § | |
| *their Individual and Official Capacities*; and | § | |
| COLLIN COUNTY, TEXAS, | § | |
| *Defendants*. | § | |

---

## ORDER GRANTING UTD DEFENDANTS' MOTION TO DISMISS

---

On this day the Court considered UTD Defendants' Motion to Dismiss and Brief in Support (ECF No. 9). After reviewing the motion, response, and reply, the Court is of the opinion that the Motion to Dismiss is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that UTD Defendants' Motion to Dismiss and Brief in Support is hereby **GRANTED**. All of Plaintiff's claims brought against The University of Texas at Dallas, Richard Benson, Niles Roemer, Inga Musselman, and Officer Ramos are **DISMISSED**.

SIGNED this the _____ day of _____, 2025.

_____
**ED KINKEADE - U.S. DISTRICT JUDGE**